**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROGER JUDGE | : |
| | : |
| | : CIVIL ACTION |
| vs. | : |
| | : |
| JEFFREY BEARD, Commissioner, | : |
| Pennsylvania Department of | : |
| Corrections, WILLIAM STICKMAN, | : NO. 02-CV-6798 |
| Superintendent of the State | : |
| Correctional Institution at | : |
| Greene, ROBERT W. MEYERS, | : |
| Superintendent of the State | : |
| Correctional Institution at | : |
| Rockview, and MICHAEL FISHER, | : |
| Attorney General of the | : |
| Commonwealth of Pennsylvania | : |
| | : |

## ORDER

AND NOW, this 29th day of January, 2015, upon further consideration of the first claim of the Consolidated Petition of Roger Judge for Writ of Habeas Corpus and the evidence produced in anticipation of and at the Evidentiary Hearings held in this matter on June 20, 2013, October 15, 2013 and March 4, 2014 and the Parties' Supplemental Briefs submitted with respect thereto, it is hereby ORDERED that Petitioner's request for relief from his conviction on the basis of <u>Batson v. Kentucky</u>, 476 U.S. 79 (1986) and its progeny, is DENIED.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,    J.